**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HASSAN ROGERS,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | **CIVIL NO. 3:CV-13-1383** |
| **v.** | : | |
| | : | **(Judge Caputo)** |
| **DAVID J EBBERT,** | : | |
| | : | |
| **Respondent** | : | |

**O R D E R**

    **AND NOW**, this **5th**  day of **AUGUST, 2015**, upon consideration of Mr.

Rogers' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and for the

reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

    1.    The petition for writ of habeas corpus (Doc. 1) is
**DISMISSED** as moot.

    2.    The Clerk of Court is directed to **CLOSE** this file.


              /s/**A. Richard Caputo**
              **A. RICHARD CAPUTO**
              **United States District Judge**